## SMITH v LOPA
Ohio Supreme Court
No 22367. Decided Jan. 28, 1931

Marshall, CJ, Jones, Matthias, Day, Allen Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## STATE BOARD OF PHARMACY v GAFFORD
Ohio Supreme Court
No 22204. Decided June 18, 1930

For full opinion see 173 NE 192; 122 Oh St 580 (Oh Bar 11-18-30).